SCOTT J. SAGARIA (SBN 217981)
sjsagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
egale@sagarialaw.com
JOE ANGELO (SBN 268542)
jangelo@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste. 100
Roseville, CA 95661
408-279-2299
408-279-2299 (f)

Attorneys for Plaintiff
James McGoey

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES MCGOEY,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>TRANSUNION, LLC; ET. AL., and DOES 1 THROUGH 100 INCLUSIVE;<br>　　　　Defendants. | CASE NO. 3:17-cv-01822-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff James McGoey ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been resolved, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 3:17-CV-01822-WHA**

Respectfully submitted,

Date: September 12, 2017

s/ Elliot W. Gale
Elliot W. Gale
Sagaria Law, P.C.
*Counsel for Plaintiff James McGoey*

Date: September 12, 2017

s/ Katherine Robinson
Katherine Robinson, Esq.
Schuckit & Associates, P.C.
*Counsel for Defendant Trans Union, LLC*

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.
*/s/ Elliot Gale*

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice. Plaintiff and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: _____

_____
WILLIAM H. ALSUP
U.S. DISTRICT JUDGE, United States District Court, Northern District of California

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 3:17-CV-01822-WHA**