SCOTT J. SAGARIA (SBN 217981)
sjsagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
egale@sagarialaw.com
JOE ANGELO (SBN 268542)
jangelo@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste. 100
Roseville, CA 95661
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff
James McGoey

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES MCGOEY, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, NATIONAL ASSOCIATION, et. al., <br><br> Defendants. | Case No.: 3:17-cv-01822-WHA <br><br> STIPULATION TO DISMISS DEFENDANT WELLS FARGO BANK, N.A.; PROPOSED ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   IT IS HEREBY STIPULATED by and between plaintiff James McGoey and defendant Wells Fargo Bank, N.A. ("Wells Fargo"), that Wells Fargo be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

DATED: October 31, 2017          Sagaria Law, P.C.

                                 By: _____*/s/ Elliot W. Gale*_____
                                         Elliot W. Gale
                                 Attorneys for Plaintiff
                                 James McGoey

DATED: October 31, 2017          Severson & Werson APC

                                 By: _____*/s/ Alisa Givental*_____
                                         Alisa Givental
                                 Attorneys for Defendant
                                 Wells Fargo Bank, N.A.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Alisa Givental has concurred in this filing.

*/s/ Elliot Gale*

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Wells Fargo is dismissed with prejudice and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:_____

                                 _____
                                 WILLIAM H. ALSUP
                                 UNITED STATES DISTRICT JUDGE