THOMAS P. QUINN, JR. (State Bar No. 132268)
NOKES & QUINN
410 BROADWAY, SUITE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com
Attorneys for Defendant EQUIFAX, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES MCGOEY,<br><br>  Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al.,<br><br>  Defendants. | Case No: 3:17-cv-01822-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX, INC.** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

Plaintiff James McGoey, and Defendant Equifax, Inc. ("Equifax"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Equifax only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: January 22, 2018    Sagaria Law, P.C.


/s/ *Elliot W. Gale*
ELLIOT W. GALE
Attorneys for Plaintiff James McGoey

---

- 1 –
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN
PLAINTIFF AND DEFENDANT EQUIFAX, INC. ONLY
CASE No. 3:17-cv-01822-WHA

Dated: January 22, 2018                NOKES & QUINN

/s/ Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.
Attorneys for Defendant
EQUIFAX, INC.

*Pursuant to Local rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

January 22, 2018                /s/ Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.

- 2 –
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX, INC. ONLY
CASE No. 3:17-cv-01822-WHA

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

# **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Equifax, Inc. is dismissed with prejudice. Plaintiff James McGoey and Defendant Equifax, Inc. shall each bear their own costs and attorneys' fees.

Date: _____

JUDGE, United States District Court
Northern District of California

DISTRIBUTION TO:

| | |
|---|---|
| Joseph B. Angelo<br>jangelo@sagarialaw.com;<br>Scott M. Johnson<br>sjohnson@sagarialaw.com<br>Scott J. Sagaria<br>sjsagaria@sagarialaw.com;<br>Elliot W. Gale<br>egale@sagarialaw.com | |
| Thomas P. Quinn, Jr.<br>tquinn@nokesquinn.com | |

- 3 –
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX, INC. ONLY
CASE No. 3:17-cv-01822-WHA

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

# CERTIFICATE OF SERVICE
## McGoey v. Equifax Information Services LLC, et al.
## Case No.: 3:17-cv-01822-WHA

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On January 22, 2018, I served a true copy of STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX, INC.;

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in Federal Rule of Civil Procedure 5(B);

[ ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[X]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/  Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.

Place of Mailing:  Laguna Beach, California.

Executed on **January 22, 2018**, at Laguna Beach, California.

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 4 –
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX, INC. ONLY
CASE No. 3:17-cv-01822-WHA

# SERVICE LIST

1  
2  
3 Joseph Brian Angelo  
Email: jangelo@sagarialaw.com  
4 Scott Matthew Johnson  
Email: sjohnson@sagarialaw.com  
5  
Scott Joseph Sagaria  
6 Email: sjsagaria@sagarialaw.com  
7 Elliot Wayne Gale  
Email: egale@sagarialaw.com  
8  
Sagaria Law, P.C.  
9 3017 Douglas Blvd  
Suite 200  
10 Roseville, CA 95661  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

NOKES & QUINN  
410 Broadway, Suite 200  
Laguna Beach, CA 92651  
(949) 376-3500